JOHN J. REILLY, by MARION J. REILLY, His Guardian ad Litem, Respondent, *v.* GRISTEDE BROS., INC., Appellant.

(Argued June 4, 1935; decided July 11, 1935.)

*H. H. Brown* and *E. C. Sherwood* for appellant.

*Leopold Bleich, A. Edward Moskowitz* and *Julian T. Abeles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. FINCH, J., taking no part.